UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARWIN JOSE PEREZ MINAYA,<br><br>                    Plaintiff,<br><br>     -v-<br><br>COSTCO WHOLESALE CORPORATION, <u>et al.,</u><br><br>                    Defendants. | CIVIL ACTION NO. 25 Civ. 1434 (ALC) (SLC) |
| DIGNA MINAYA RODRIGUEZ,<br><br>                    Plaintiff,<br><br>     -v-<br><br>COSTCO WHOLESALE CORPORATION, <u>et al.,</u><br><br>                    Defendants. | CIVIL ACTION NO. 25 Civ. 260 (ALC) (SLC) |
| ROSANNY CEPEDA,<br>                    Plaintiff,<br><br>     -v-<br><br>COSTCO WHOLESALE CORPORATION, <u>et al.,</u><br><br>                    Defendants. | CIVIL ACTION NO. 25 Civ. 6569 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' Proposed Case Management Plan filed in <u>Digna Minaya Rodriguez v. Maria Perez, et al</u>, No. 25 Civ. 260 ("Rodriguez"). (Rodriguez, Dkt. No. 21, ("PCMP")). The parties ask that that it apply to two related cases: <u>Darwin Jose Perez Minaya v. Costco Wholsale Corporation, et al.</u>, No. 25 Civ. 1434 ("Minaya") and <u>Rosanny Cepeda v. Yuriy Khitro, et al.</u>, No. 25 Civ. 6569 ("Cepeda"). The Court will So Order the PCMP under separate order without holding an initial case management conference and its discovery deadlines shall apply to Rodriguez, Minaya, and Cepeda (collectively, the "Actions").

A Telephone Conference to discuss the status of discovery in the actions is scheduled for **July 28, 2026 at 2:30 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.  On or before **July 22, 2026**, the parties may, but are not required to, file a joint letter setting forth the status of discovery and any issues ripe for the Court's attention.  The Telephone Conference to discuss whether the parties wish to participate in a global settlement conference, scheduled for September 9, 2026 at 4:00 p.m. ET, is **CANCELLED**.

Dated:      New York, New York
            July 2, 2026

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**

2