UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARWIN JOSE PEREZ MINAYA,<br><br>Plaintiff,<br><br>-v-<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION NO. 25 Civ. 1434 (ALC) (SLC) |
| DIGNA MINAYA RODRIGUEZ,<br><br>Plaintiff,<br><br>-v-<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION NO. 25 Civ. 260 (ALC) (SLC) |
| ROSANNY CEPEDA,<br><br>Plaintiff,<br><br>-v-<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION NO. 25 Civ. 6569 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic discovery conference (the "Conference") held today, September 16, 2026, in Digna Minaya Rodriguez v. Maria Perez, et al., No. 25 Civ. 260 ("Rodriguez"); Darwin Jose Perez Minaya v. Costco Wholesale Corporation, et al., No. 25 Civ. 1434 ("Minaya"); and Rosanny Cepeda v. Yuriy Khitro, et al., No. 25 Civ. 6569 ("Cepeda"), the Court orders as follows:

1. Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.

2. By **September 30, 2026 at 5:00 p.m. ET**, the parties shall file a joint status letter informing the Court of: (i) the dates on which Plaintiffs' and Defendants' depositions have been scheduled; (ii) which, if any, depositions have been completed; (iii) the dates on which independent medical examinations of the Plaintiffs will occur; and (iv) how much additional time, if any, the parties require to complete fact discovery past the current fact discovery deadline of October 16, 2026. (Rodriguez, Dkt. No. 22; Minaya, Dkt. No. 25; Cepeda, Dkt. No. 21).

Dated: New York, New York
September 16, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | |
|---|---|

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | | |
|---|---|---|
| Your Name | | |
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL